IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN SULLIVAN**                                                                 **PLAINTIFF**

v.                              No. 3:23-cv-134-DPM

**JASMINE SANCHES,**
**Compliance Team**                                                                **DEFENDANT**

### ORDER

1. The Court withdraws the reference.

2. Sullivan hasn't paid the $402.00 in administrative and filing fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2023