# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**KEVIN SULLIVAN**                                                                 **PLAINTIFF**

v.                                      No. 3:23-cv-134-DPM

**JASMINE SANCHES,**
**Compliance Team**                                                          **DEFENDANT**

## JUDGMENT

Sullivan's complaint is dismissed without prejudice.

*N.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

*30 August 2023*